**FILED**

JUL 1 5 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:25-cr-094 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| JEFFREY ALAN STEVENS, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 924(a)(8) |
| Defendant. | ) | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| | ) | T. 21 U.S.C. § 851 |
| | ) | T. 21 U.S.C. § 853 |
| | ) | T. 28 U.S.C. § 2461(c) |
| | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Possession with Intent to Distribute a Controlled Substance)**

On or about June 9, 2025, in the Southern District of Iowa, the defendant, JEFFREY ALAN STEVENS, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Felon in Possession of a Firearm)**

On or about June 9, 2025, in the Southern District of Iowa, the defendant, JEFFREY ALAN STEVENS, in and affecting commerce, knowingly possessed a firearm, namely: a Rock Island Armory (Armscor), Model 1911, .45 caliber handgun, with serial number RIA2738800. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about June 9, 2025, in the Southern District of Iowa, the defendant, JEFFREY ALAN STEVENS, knowingly possessed a firearm: Rock Island Armory (Armscor), Model 1911, .45 caliber handgun, with serial number RIA2738800, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count 1 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FINDS:**

## PRIOR CONVICTION

Prior to the commission of the offense charged in Count 1 of this Indictment, the defendant, JEFFREY ALAN STEVENS, was convicted of manufacture of methamphetamine, in violation of Iowa Code Section 124.401(1)(c), in the Iowa District Court for Boone County, Case Number FECR017709, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offense.

This is pursuant to Title 21, United States Code, Section 851.

THE GRAND JURY FURTHER FINDS:

<u>NOTICE OF FORFEITURE</u>

That upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, JEFFREY ALAN STEVENS, shall forfeit, to the United States, the following:

A.    **Proceeds.**  Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B.    **Facilitation.**  Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation. The property to be forfeited includes, but is not limited to: a Rock Island Armory (Armscor), Model 1911, .45 caliber handgun, with serial number RIA2738800, magazines, and ammunition, seized from the residence in the 1200 block of North 4th Avenue, Newton, Iowa, on or about June 10, 2025.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**THE GRAND JURY FURTHER FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offense alleged in Counts 2 and/or Count 3 of this Indictment, the defendant, JEFFREY ALAN STEVENS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm, magazine, and ammunition identified in Count 2 and/or Count 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
MacKenzie Benson Tubbs
Assistant United States Attorney